55 A.3d 1051

COMMONWEALTH of Pennsylvania, Petitioner

v.

Ryheeme Robert WOOD, Respondent.

Supreme Court of Pennsylvania.

Oct. 31, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 31st day of October, 2012, the Respondent's Petition for Leave to File an Answer to PAA Nunc Pro

164

Tunc is **DENIED.** The Petition for Allowance of Appeal is **DENIED.**